Thomas HIBBARD, Appellant

v.

**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.**

Supreme Court of Pennsylvania.

July 29, 2004.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of July, 2004, the Order of the Commonwealth Court is hereby AFFIRMED.